

# Fourth Court of Appeals

## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00125-CR

Juan **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 216th Judicial District Court, Kendall County, Texas
Trial Court No. 5481
Honorable N. Keith Williams, Judge Presiding

Opinion by:  Patricia O. Alvarez, Justice

Sitting:  Marialyn Barnard, Justice
Patricia O. Alvarez, Justice
Jason Pulliam, Justice

Delivered and Filed:  July 22, 2015

AFFIRMED

Appellant Juan Martinez was convicted by a jury of one count of continuous sexual abuse

and assessed punishment at ninety-nine years' confinement in the Institutional Division of the

Texas Department of Criminal Justice.  The trial court appointed appellate counsel, and counsel

timely filed a notice of appeal.

Martinez's court-appointed appellate attorney filed a brief containing a professional

evaluation of the record in accordance with *Anders v. California*, 386 U.S. 738 (1967); counsel

also filed a motion to withdraw.  In his brief, Martinez's counsel states that he has reviewed the

entire record and found no reversible error. *See* TEX. R. APP. P. 44.2. The brief meets the *Anders* requirements. *See id.* at 744; *see also High v. State*, 573 S.W.2d 807, 813 (Tex. Crim. App. 1978); *Gainous v. State*, 436 S.W.2d 137, 138 (Tex. Crim. App. 1969). As required, counsel provided Martinez with a copy of the brief and counsel's motion to withdraw, and informed Martinez of his right to review the record and file his own *pro se* brief. *See Nichols v. State*, 954 S.W.2d 83, 85–86 (Tex. App.—San Antonio 1997, no pet.); *see also Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). Martinez did not file a pro se brief.

After reviewing the entire record, we agree with counsel's *Anders* brief that the record contains no reversible error. *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005). Accordingly, we affirm the trial court's judgment, *see id.*, and grant counsel's motion to withdraw, *see Nichols*, 954 S.W.2d at 85–86; *Bruns*, 924 S.W.2d at 177 n.1.

No substitute counsel will be appointed. Should Martinez wish to seek further review of this case by the Texas Court of Criminal Appeals, she must either retain an attorney to file a petition for discretionary review or she must file a pro se petition for discretionary review. Any petition for discretionary review must be filed within thirty days from (1) the date of this opinion or (2) the date the last timely motion for rehearing or en banc reconsideration is overruled by this court. *See* TEX. R. APP. P. 68.2. Any petition for discretionary review must be filed with the clerk of the Texas Court of Criminal Appeals. *See id.* R. 68.3(a). Any petition for discretionary review must comply with the requirements of Rule 68.4 of the Texas Rules of Appellate Procedure. *See id.* R. 68.4.

Patricia O. Alvarez, Justice

DO NOT PUBLISH